# United States District Court
## Northern District of Illinois
### Western Division

Fannie Mae, et al.                           **JUDGMENT IN A CIVIL CASE**

         v.                                         Case Number: 12 C 50230

Brian Hamer, et al.

☐     Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■     Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that defendants Gillette and Wegman's motions to join in the cross motion for summary judgment are granted. Defendants' motion to dismiss for lack of jurisdiction is denied. Plaintiff's motion for summary judgment is granted in part and denied in part. Defendant Hamer's cross motion for summary judgment is granted in part and denied in part. Defendant Acardo's motion for summary judgment is denied. Declaratory judgment issued. This case is closed.

                                                           Thomas G. Bruton, Clerk of Court

Date: 2/15/2013                           _____

                                                       /s/ Susan Bennehoff, Deputy Clerk